IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LAMAR TOLLIVER, | No. C07-3921 VRW |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| M. THORNTON, et al., | |
| Defendant. | |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in pursuant to the court's order filed November 29, 2007, judgment is entered for the defendants.

Dated: November 29, 2007                    Richard W. Wieking, Clerk

By: *Cora Klein*
Deputy Clerk