UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TOLLIVER,

        Plaintiff,

  v.

M. THORNTON et al,

        Defendant.

Case Number: C07-3921 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl L. Tolliver H-36993
Folsom State Prison
P.O. Box 950
Folsom, CA 95763

Dated: November 29, 2007

        Richard W. Wieking, Clerk
        By: Cora Klein, Deputy Clerk

*Cora Klein*