IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL L TOLLIVER, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs ) <br> ) <br> M THORNTON, et al, ) <br> ) <br> Defendant(s). ) <br> _____ ) | No. C 07-3921 VRW (PR) <br><br> ORDER <br><br> (Doc # 9) |

  Per order filed on November 29, 2007, the court dismissed plaintiff's pro se prisoner complaint under the authority of 28 USC § 1915A(b).  The court found that plaintiff's allegations failed to state a claim upon which relief could be granted and that any challenge to plaintiff's current classification score at Folsom State Prison should be brought in the Eastern District of California, where plaintiff is currently incarcerated.

  Plaintiff filed a notice of appeal and a motion for reconsideration of the court's order of dismissal.  The motion (doc # 9) is DENIED for lack of merit.  See also Jan 7, 2008 Order at 1 (certifying appeal is not taken in good faith).

  SO ORDERED.

                /s/ Vaughn R Walker
                VAUGHN R WALKER
                United States District Chief Judge

G:\PRO-SE\VRW\CR.07\Tolliver1.or2.wpd