FILED APR 25 2008 MOLLY C. DWYER, CLERK U.S. COURT OF APPEALS

FILED (district court stamp)

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| DARRYL LAMAR TOLLIVER, | No. 07-17315 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-07-03921-VRW<br>Northern District of California,<br>San Francisco |
| v. | |
| M. THORTON; et al., | ORDER |
| Defendants - Appellees. | |

On March 14, 2008, this court ordered appellant, within 21 days, to pay the filing fees and show cause why the judgment in this appeal should not be summarily affirmed. The order warned appellant that failure to pay the fees and to show cause would result in the automatic dismissal of the appeal by the Clerk of the Court. To date, appellant has not complied with the court's order. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Dan Torres
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

DT/MOATT

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 04/25/2008 at 9:34:12 AM PDT and filed on 04/25/2008

| | |
|---|---|
| **Case Name:** | Tolliver v. Thorton, et al |
| **Case Number:** | 07-17315 |
| **Document(s):** | Document(s) |

**Docket Text:**
Order filed (Deputy Clerk: DT) Dismissing case for failure to prosecute (Cir. Rule 42-1). Pursuant to Ninth Rule 42-1, this appeal is dismissed for failure to pay fees and show cause... A copy of this order shall act as and for the mandate of this court... [Default;Procedural termination without judicial action;].

The following document(s) are associated with this transaction:
**Document Description:** Dispositive Clerk Order Filed
**Original Filename:** 07-17315.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=04/25/2008] [FileNumber=6513212-0]
[80621252d3216c5d2c26001ce0a98afbe603043ac6de4aacb191f401d7cb2e73b363dc14132c72269ff7121]

**Notice will be mailed to:**

Tolliver, Darryl Lamar
FSP - FOLSOM STATE PRISON (FOLSOM)
P.O. Box 950
Folsom, CA 95763-0000

USDC, San Francisco
Northern District of California (San Francisco)
P.O. Box 36060
San Francisco, CA 94102-0000

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6513212
**RELIEF(S) DOCKETED:**
  to dismiss case for failure to prosecute under Circuit Rule 42-1
**DOCKET PART(S) ADDED:** 5595820, 5595821