**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

———————

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 29, 2008

CASE NUMBER:   **CV 07-03921 VRW**
CASE TITLE:    **DARRYL LAMAR TOLLIVER-v- M. THORNTON**
DATE MANDATE FILED:   4/29/08

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Simone Voltz
Case Systems Administrator

Distribution:   CIVIL      -   Counsel of Record

CRIMINAL   -   Counsel of Record
                U.S. Marshal (Copy of Mandate)
                U.S. Probation Office

NDC App-16